
Cathy A. Catterson
Clerk of Court

**Office of the Clerk**
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939


(415) 556-9800

March 15, 2006

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 7 2006

at __11__ o'clock and __72__ min __A__ M
SUE BEITIA, CLERK

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10075 | USA v. Pasion | CR-03-00200-HG |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Candace Permillion
Deputy Clerk

Enclosure(s)
cc: All Counsel

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-10075 |
| Plaintiff - Appellee, | D.C. No. CR-03-00200-HG |
| v. | |
| SAMUEL PASION, | **JUDGMENT** |
| Defendant - Appellant. | |

    Appeal from the United States District Court for the District of Hawaii (Honolulu).

    This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

    On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 02/21/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 15 2006

by: _____
Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 21 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SAMUEL PASION,<br><br>Defendant - Appellant. | No. 05-10075<br><br>D.C. No. CR-03-00200-HG<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted February 13, 2006 **

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

Samuel Pasion appeals from the sentence imposed following his guilty plea to one count of conspiracy to distribute and possess with intent to distribute

---

\*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*   This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841 (a)(1), and one count of unlawful possession of a firearm as a drug user in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pasion contends that his counsel was ineffective for failing to object to a sentencing enhancement pursuant to U.S.S.G. § 2D1.1(b)(1), for possession of a firearm in connection with a drug offense. The record is insufficiently developed in this case to permit us to review this claim on direct appeal. *See United States v. Ross*, 206 F.3d 896, 900 (9th Cir. 2000) (stating that claims of ineffective assistance of counsel are generally inappropriate on direct appeal and should be raised in habeas corpus proceedings to permit development of record). We therefore decline to address the claim and affirm the sentence.

**AFFIRMED**

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 15 2006

by: _____
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
05-10075 USA v. Pasion

UNITED STATES OF AMERICA           Louis A. Bracco, AUSA
     Plaintiff - Appellee          808/541-2850
                                   Suite 6-100
                                   [COR LD NTC aus]
                                   USH - OFFICE OF THE U.S.
                                   ATTORNEY
                                   PJKK Federal Building
                                   300 Ala Moana Blvd.
                                   P.O. Box 50183
                                   Honolulu, HI 96850


   v.

SAMUEL PASION                      Georgia K. McMillen, Esq.
     Defendant - Appellant         FAX 808/891-9393
                                   808/891-9393
                                   [COR LD NTC cja]
                                   P.O. Box 1512
                                   Wailuku Maui, HI 96793
```