AO 422 (Rev. 12/85) Warrant for Arrest

**ORIGINAL**  **SEALED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

SAMUEL PASION
aka "Sam Pasion"

(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 03-00200 HG 07

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 2 6 2007
at 10 o'clock and 00 min A M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST SAMUEL PASION and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment , charging him or her with (brief description of offense)

Conspiracy to distribute and possession with intent to distribute in excess of 50 grams of methamphetamine, Sched. II controlled substance

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1) &(b)(1)(A).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 10, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL       By: Barry M. Kurren, United States Magistrate Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |||
| Date Received | NAME AND TITLE OF ARRESTING OFFICER  Special Agent  Rachel Byrd | SIGNATURE OF ARRESTING OFFICER  *Rachel A Byrd* |
| Date of Arrest  JUN 2 0 2003 | | |